# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Venedia Larita Campbell et al., | Case No. 24-cv-913 (KMM/DJF) |
| Plaintiffs, | |
| v. | **ORDER** |
| Andrew William Schroeder et al., | |
| Defendants. | |

This matter is before the Court on Defendants' Motion Regarding Continued Sealing (ECF No. 41) of exhibits filed with Defendants' Answer (ECF Nos. 9 and 10). The parties agree that ECF No. 9 should be unsealed and that ECF No. 10 should remain sealed, but only to the extent that it depicts individuals who are not peace officers and have not consented to release (*see* ECF Nos. 41, 43).

Parties may seal documents in a civil case "only as provided by statute or rule, or with leave of court." L.R. 5.6(a)(1). "There is a common-law right of access to judicial records." *IDT Corp. v. eBay*, 709 F.3d 1220, 1222–23 (8th Cir. 2013) (citing *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978)). Notwithstanding, the right of access is not absolute and requires a court to balance the competing interests of public access against the legitimate interests of maintaining confidentiality of the information sought to be sealed. *Id.* at 1123. "[T]he weight to be given to the presumption of [public] access must be governed by the role of the material at issue in the exercise of Article III judicial power and resultant value of such information to those monitoring the federal courts." *Id.* at 1224 (quoting *United States v. Amodeo*, 71 F.3d 1044, 1049 (2d. Cir. 1995)).

1

Upon reviewing the exhibits, the Court agrees with the parties. The Court finds the first exhibit (ECF No. 9) should be unsealed. The second exhibit (ECF No. 10) should remain under seal, but only to the extent that it depicts individuals who are not peace officers and have not consented to release; it should be unsealed in all other respects.

**ORDER**

Based on the foregoing, and on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT** Defendants' Motion Regarding Continued Sealing (ECF No. [41]) is **GRANTED** as follows:

1. The Clerk of the Court is directed to **UNSEAL** the first exhibit (ECF No. 9) 28 days after the date of this Order, unless a timely motion for further consideration is filed pursuant to Local Rule 5.6(d)(3); and

2. Defendants shall publicly file a version of the second exhibit (ECF No. 10) with redactions consistent with this Order **within 28 days**, failing which the Court may Order the Clerk of the Court to unseal it. Barring further order from the Court, it shall remain under seal.

Dated: July 16, 2024                    *s/ Dulce J. Foster*
                                        Dulce J. Foster
                                        United States Magistrate Judge