UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Venita Larita Campbell, et al., | Court File No.: 24-CV-913-KMM-DJF |
| Plaintiffs, | |
| v. | NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| Andrew William Schroeder, et al., | |
| Defendants. | |

The undersigned attorney hereby notifies the Court, Plaintiffs, and Co-Defendants that Defendants Ramsey County and Kyle Williams appointed Assistant County Attorney Brett Bacon to substitute as counsel for Kevin Plaisance. Assistant County Attorney Brett Bacon shall appear as co-counsel in this case along with Assistant County Attorney Kristine Nogosek.

          **JOHN J. CHOI**
          **RAMSEY COUNTY ATTORNEY**

Dated: September 25, 2024      By: _/s/ Brett Bacon_
          Brett Bacon (#0400776)
          Kristine Nogosek (#0304803)
          Assistant Ramsey County Attorney
          360 Wabasha St. N., Suite 100
          Saint Paul, MN 55102
          651-266-3211 (Bacon)
          651-266-3230 (Nogosek)
          brett.bacon@co.ramsey.mn.us
          kristine.nogosek@co.ramsey.mn.us

          **ATTORNEYS FOR RAMSEY COUNTY DEFENDANTS**