# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Venedia Larita Campbell, et al., | Court File No. 24-CV-913-KMM-DJF |
| Plaintiffs, | |
| v. | **PROPOSED ORDER FOR DISMISSAL WITH PREJUDICE AND APPROVAL OF SETTLEMENT PURSUANT TO MINN. STAT. § 466.08** |
| Andrew William Schroeder, et al., | |
| Defendants. | |

Based on the Stipulation of Dismissal with Prejudice and Request for Approval of Settlement Pursuant to Minn. Stat. § 466.08 (ECF 65) submitted by the parties in this matter,

**IT IS HEREBY ORDERED that:**

1. The Court approves the settlement of this matter between Plaintiffs and Defendants Kyle Alan Williams and Ramsey County ("Ramsey County Defendants") and Andrew William Schroeder, Paul Franz Albers, Robert Aaron Greer, Drew Scott Clark, John Cameron Haugland, all acting in their individual capacities, and City of Minneapolis ("Minneapolis Defendants") pursuant to Minn. Stat. § 466.08; and

2. The above-entitled action is dismissed as to all Defendants with prejudice and without any fees or costs to any party.

**LET JUDGMENT BE ENTERED ACCORDNGLY**

BY THE COURT

Date: May 19, 2025

*s/Katherine M. Menendez*
KATHERINE M. MENENDEZ
United States District Judge