# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Venedia Larita Campbell and Martin Alan Smith, II, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 24-cv-913 KMM/DJF |
| Andrew William Schroeder, Kyle Allen Williams, Paul Franz Albers, Robert Aaron Greer, Drew Scott Clark, John Cameron Haugland, City of Minneapolis, Ramsey County, | |
| Defendant(s). | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Court approves the settlement of this matter between Plaintiffs and Defendants Kyle Alan Williams and Ramsey County ("Ramsey County Defendants") and Andrew William Schroeder, Paul Franz Albers, Robert Aaron Greer, Drew Scott Clark, John Cameron Haugland, all acting in their individual capacities, and City of Minneapolis ("Minneapolis Defendants") pursuant to Minn. Stat. § 466.08; and

2. The above-entitled action is dismissed as to a ll Defendants with prejudice and without any fees or costs to any party.

Date: 5/20/2025                                                                 KATE M. FOGARTY, CLERK